Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Lawrence E. Biegel  [CSBN 44426]
Joseph A. Cisneros  [CSBN 184907]
The Biegel Law Firm
2801 Monterey-Salinas Hwy., Suite A
Monterey, CA  93940
Phone:  831.373.3700
Fax: 831.373.3780

Attorneys for Defendant
NANCY BLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No.  CR 12-0002 EJD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [Proposed] ORDER WAIVING APPEARANCE OF DEFENDANT NANCY BLACK FOR HEARING ON MAY 14, 2012** |
| v. | |
| NANCY BLACK, | |
| Defendant. | |

A status hearing is set in this case for May 14, 2012 at 1:30 p.m.  Defendant Nancy Black had planned to attend (as ordered), but circumstances have arisen on short notice that prompt defense counsel to request that the Court waive her appearance for that hearing.  Ms. Black's business partner previously booked a significant boat charter for Monday, on which he would have been the boat captain.  However, he's had to be hospitalized and he's asked Ms. Black to handle the charter.  Counsel understands that the charter is something that they can't realistically cancel, and that no one but Ms. Black can captain the boat that day.  The Government has graciously indicated that they do not oppose waiving Ms. Black's appearance for the May 14 status hearing.

/ / /

/ / /

/ / /

## STIPULATION

Based on the foregoing,

IT IS HEREBY STIPULATED that Defendant Nancy Black's appearance may be waived for the status hearing scheduled for May 14, 2012, and her appearance may be ordered for the next hearing by the Court ordering her appearance through counsel.

Dated: May 10, 2012

Melinda Haag
United States Attorney

/S/
Christopher L. Hale
Jeffrey B. Schenk
Assistant United States Attorneys

Dated: May 10, 2012

/S/
Mark R. Vermeulen
Lawrence E. Biegel
Attorneys for Defendant
NANCY BLACK

## ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that Defendant Nancy Black's appearance is waived for the status hearing scheduled for May 14, 2012, and her appearance shall be ordered for the next hearing by the Court ordering her appearance through counsel.

Dated: May 11, 2012

Edward J. Davila
United States District Judge