Mark R. Vermeulen [State Bar No. 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Lawrence E. Biegel  [CSBN 44426]
Joseph A. Cisneros  [CSBN 184907]
The Biegel Law Firm
2801 Monterey-Salinas Hwy., Suite A
Monterey, CA  93940
Phone:  831.373.3700
Fax: 831.373.3780

Attorneys for Defendant
NANCY BLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BLACK,<br><br>    Defendant. | No. CR 12-0002 EJD<br><br>**STIPULATION AND [~~XXXXX~~Proposed] ORDER CONTINUING HEARING AND EXCLUDING AND EXTENDING TIME** |

     A further status hearing is set in this case for August 6, 2012 at 1:30 p.m., with Defendant Black's appearance being waived.  By email dated July 26, 2012, the Court notified the parties that if any matter scheduled for hearing that date could be continued to a later date the Court would consider a stipulation and proposed order to that effect if submitted to the Court by August 2, 2012.  The parties believe that such a continuance would be appropriate in light of their ongoing discussions regarding this case.

     Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing currently set for August 6, 2012 be continued to August 20, 2012.

     THE PARTIES FURTHER STIPULATE AND REQUEST  that the Court find that the ends of justice are served by excluding the time from August 6, 2012 to August 20, 2012 from computation

-1-

under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated:  July 31, 2012                              Melinda Haag
                                                   United States Attorney


                                                   /S/
                                                   Christopher L. Hale
                                                   Jeffrey B. Schenk
                                                   Assistant United States Attorneys



Dated:  July 31, 2012                              /S/
                                                   Mark R. Vermeulen
                                                   Lawrence E. Biegel
                                                   Attorneys for Defendant
                                                   NANCY BLACK


### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for August 6, 2012 shall be continued to August 20, 2012.

IT IS FURTHER ORDERED that the Court finds that the ends of justice are served by excluding the time from August 6, 2012 to August 20, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated:  August __1__, 2012                         _____
                                                   Edward J. Davila
                                                   United States District Judge