Mark R. Vermeulen [State Bar No. 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Lawrence E. Biegel [CSBN 44426]
Joseph A. Cisneros [CSBN 184907]
The Biegel Law Firm
2801 Monterey-Salinas Hwy., Suite A
Monterey, CA 93940
Phone: 831.373.3700
Fax: 831.373.3780

Attorneys for Defendant
NANCY BLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0002 EJD |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER CONTINUING HEARING AND EXCLUDING AND EXTENDING TIME** |
| v. | |
| NANCY BLACK, | |
| Defendant. | |

A further status hearing is set in this case for October 1, 2012 at 1:30 p.m., with Defendant Nancy Black's appearance being waived. Due to the death of the mother of Ms. Black, the parties efforts at meeting and conferring have been put on hold until after October 8, 2012. Due to conflicts with the trial schedule of Ms. Black's Monterey counsel and the travel schedule of the DOJ Trial Attorney handling this case, the first available date for a rescheduled status hearing is November 19, 2012. The parties believe that such a continuance would be appropriate in light of the foregoing and their ongoing discussions regarding this case.

Based on the foregoing, **THE PARTIES STIPULATE AND REQUEST** that the hearing currently set for October 1, 2012 be continued to November 19, 2012 at 1:30 p.m. with Ms. Black's appearance being waived.

-1-

**THE PARTIES FURTHER STIPULATE AND REQUEST** that the Court find that the ends of justice are served by excluding the time from October 1, 2012 to November 19, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated: September 26, 2012

Melinda Haag
United States Attorney

/S/

Christopher L. Hale
Jeffrey B. Schenk
Assistant United States Attorneys

Dated: September 26, 2012

/S/ Mark R. Vermeulen

Mark R. Vermeulen
Lawrence E. Biegel
Attorneys for Defendant
NANCY BLACK

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for October 1, 2012 shall be continued to November 19, 2012.

IT IS FURTHER ORDERED that the Court finds that the ends of justice are served by excluding the time from October 1, 2012 to November 19, 2012 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: September 28, 2012

Edward J. Davila
United States District Judge