Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Lawrence E. Biegel [CSBN 44426]
Joseph A. Cisneros [CSBN 184907]
The Biegel Law Firm
2801 Monterey-Salinas Hwy., Suite A
Monterey, CA 93940
Phone: 831.373.3700
Fax: 831.373.3780

Amber D. Abbasi [CSBN 240956]
Cause of Action
1919 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
Phone: 202.499.4232
Fax: 202.300.5842

Attorneys for Defendant
NANCY BLACK

IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

12/17/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY BLACK,<br><br>  Defendant. | No. CR 12-0002 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING AND EXTENDING TIME** |

A further status hearing is set in this case for December 17, 2012 at 1:30 p.m., with Defendant Nancy Black's appearance being waived. The parties continue their discussions focused on a possible settlement and they desire to continue those discussions at this point. However, they will not be able to conclude those discussions by December 17. The parties therefore believe that a continuance to a date in January 2013 will be useful.

-1-

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing currently set for December 17, 2012 be continued to February 11, 2013 at 1:30 p.m.

THE PARTIES FURTHER STIPULATE AND REQUEST that the Court find that the ends of justice are served by excluding the time from December 17, 2012 to February 11, 2013 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated:  December 13, 2012	Melinda Haag
	United States Attorney


	/S/
	Christopher L. Hale
	Jeffrey B. Schenk
	Assistant United States Attorneys



Dated:  December 13, 2012	/S/
	Mark R. Vermeulen
	Lawrence E. Biegel
	Amber D. Abbasi
	Attorneys for Defendant
	NANCY BLACK

/ / /
/ / /
/ / /

**ORDER** AS MODIFIED

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for December 17, 2012 shall be continued to February 11, 2013 at 1:30 p.m.

IT IS FURTHER ORDERED that the Court finds that the ends of justice are served by excluding the time from December 17, 2012 to February 11, 2013 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: December __17__, 2012

_____
Edward J. Davila
United States District Judge