1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5061

7 | Facsimile:  (408) 535-5066
Email: jeffrey.b.schenk@usdoj.gov

8

9 | Attorneys for the United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,       )   No.   CR 12-00002-EJD
                                    )
15 |        Plaintiff,                )   [PROPOSED] ORDER FOR
                                    )   CONTINUANCE AND EXCLUSION OF
16 |   v.                             )   TIME FROM APRIL 15, 2013 TO APRIL
                                    )   16, 2013 FROM THE SPEEDY TRIAL
17 | NANCY BLACK,                    )   ACT CALCULATION (18 U.S.C. §
                                    )   3161(h)(7)(A))
18 |        Defendant.                )
                                    )
19 | _____ )

20

21 | **ORDER**

22 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

23 | ORDERS that the matter currently set before this Court on April 15, 2013 be continued to April

24 | 16, 2013. The Court further ORDERS that the time between April 15, 2013 and April 16, 2013

25 | be excluded under the Speed Trial Act, Title 18, United States Code, Section 3161. The court

26 | finds that the failure to grant the requested continuance would unreasonably deny each counsel

27 | reasonable time necessary for effective preparation, taking into account the exercise of due

28 | diligence. Furthermore, the Court finds that the ends of justice served by granting the requested
continuance outweigh the best interest of the public and the defendant in a speedy trial. The

1

1  court therefore concludes that this exclusion of time should be made under 18 U.S.C.
2  §3161(h)(7)(A).
3  IT IS SO ORDERED.
4      The hearing is continued to April 16, 2013 at 10:00 AM.
5  DATED:   4/5/2013                    _____
6                                        EDWARD J. DAVILA
7                                        UNITED STATES DISTRICT JUDGE