Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Lawrence E. Biegel [CSBN 44426]
Joseph A. Cisneros [CSBN 184907]
The Biegel Law Firm
2801 Monterey-Salinas Hwy., Suite A
Monterey, CA 93940
Phone: 831.373.3700
Fax: 831.373.3780

Michael D. Pepson [admitted *pro hac vice*]
Cause of Action
1919 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
Phone: 202.499.4232
Fax: 202.300.5842

Attorneys for Defendant
NANCY BLACK

FILED

SEP 04 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BLACK, <br><br> Defendant. | No. CR 12-0002 EJD <br><br> **STIPULATION AND [Proposed] ORDER CONTINUING SENTENCING HEARING** |

The sentencing hearing in this matter currently is set for Tuesday, October 1, 2013 at 1:30 p.m. The parties have discussed the matter with the U.S. Probation Officer who is drafting the presentence report, and all agree that additional time is needed for preparation of the presentence report. The parties therefore believe that a further three week continuance of the sentencing hearing is appropriate and advisable. The parties and the U.S. Probation Officer therefore respectfully request that the matter be set on Tuesday, October 22, 2013 at 1:30 p.m. (which would avoid the hearing falling on a Monday,

-1-

which is typically the Probation Officer's furlough day, and which would be preferable for the lead A.U.S.A. handling this matter, as he is based in Washington, D.C.).

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the sentencing hearing currently set for October 1, 2013 be continued to October 22, 2013 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: September 3, 2013

Melinda Haag
United States Attorney

/S/
Christopher L. Hale
Jeffrey B. Schenk
Assistant United States Attorneys

Dated: September 3, 2013

/S/
Mark R. Vermeulen
Lawrence E. Biegel
Michael D. Pepson
Attorneys for Defendant
NANCY BLACK

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing currently set for October 1, 2013 shall be continued to October 22, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: September 4, 2013

Edward J. Davila
United States District Judge